TOWNSHIP OF EWING, ETC. v. EWING COMMUNITY
CLUB, INC., ETC.

February 6, 1987.

Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF S.L.P.,
P.A.P., L.A.P., AND C.L.P.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. A.P.

February 6, 1987.

Petition for certification denied.

JAMES RICHARDSON v. HOWARD L. BEYER, ETC.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER C. CAMPISI.

February 6, 1987.

Petition for certification denied.